FILED
2017 Nov-29 AM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

Joe Musso
Chief Deputy

| | | |
|---|---|---|
| Resa Witt | } | |
| Plaintiff(s) | } | |
| v. | } | Case Number:   5:17-cv-988-HNJ |
| | } | |
| American United Life Insurance Company | } | |
| Defendant(s) | } | |

**NOTICE OF REASSIGNMENT**

The parties having not unanimously consented to the dispositive jurisdiction by a Magistrate Judge, the above styled civil action has been randomly reassigned to the Honorable Madeline Hughes Haikala.   Please use case number 5:17-cv-988-MHH on all subsequent pleadings.

DATED: November 29, 2017

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

SNH: st

xc:    Judges
       Counsel