# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **RESA WITT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CV No.: 5:17-CV-00988-MHH |
| | ) |
| **AMERICAN UNITED** | ) |
| **LIFE INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY DEADLINES

Plaintiff Resa Witt ("Plaintiff") and Defendant American United Life Insurance Company ("Defendant" or collectively the "Parties") file this notice to report a settlement in the above matter. The Parties are currently working on obtaining execution of the settlement agreement. They request a brief stay of the upcoming scheduled conference and dispositive motion deadlines so that the Parties may finalize resolution of this matter without further litigation. The Parties offer the following in support of their joint motion:

1. The current dispositive motion deadline in this matter is Tuesday, January 15, 2019. [ECF No. 18].

2. On January 7, 2019, the Court entered an Order setting a telephone conference for Monday, January 14, 2019. [ECF No. 21].

3. The Parties have agreed to a resolution of this matter in full, but require time to finalize the paperwork and exchange settlement funds.

4. The Parties hereby request a brief stay of the scheduled conference and dispositive motion deadlines so that the Parties may finalize resolution of this matter without further litigation.

5. A stay of these proceedings will promote judicial economy and avoid waste of the Court's and the Parties' resources.

6. No prejudice will result to any party from the granting of this request for a stay.

WHEREFORE, PREMISES CONSIDERED, the Parties jointly move to stay all deadlines an additional fourteen (14) days to give the Parties time to complete settlement and file a stipulation of dismissal in this matter.

Respectfully submitted,

*S J. Zach Higgs, Jr.*
J. Zach Higgs, Jr.
Higgs & Emerson
405 Franklin Street
Huntsville, AL  35801
(256)533-3521 (phone)
(256)533-3256 (fax)
*Attorney for Plaintiff*

*s/ Grace R. Murphy*
Grace R. Murphy
Ashlee D. Riopka
Grace J. Posey
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
*Attorneys for Defendant*