# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **RESA WITT,** | } | |
| **Plaintiff,** | } | |
| v. | } | **Case No.: 5:17-cv-00988-MHH** |
| **AMERICAN UNITED LIFE INSURANCE COMPANY,** | } | |
| **Defendant.** | } | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal with prejudice. (Doc. 24). The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorneys' fees. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this January 18, 2019.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE